UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 2, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carlos A Paredes

Case No.: 20-11050-SLM

Chapter: 13

Judge: Stacey L. Meisel

# ORDER DISMISSING CASE ON COURT'S ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having entered an Order to Show Cause as highlighted below, and having considered all objections, if any, or held a hearing at the request of a party,

- ☒ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to File Documents.

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counseling Requirements,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Comply with D.N.J. LBR 1006-1, Payment of Filing Fees in Installments,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Make Installment Payment(s) Or Pay Miscellaneous Filing Fees,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Corporate Debtor's Failure to Obtain Counsel,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed Due to Debtor's Ineligibility to be a Debtor Under Chapter 13 of the Bankruptcy Code,

- ☒ Other: Failure to appear at the hearing on Court's Order to Show Cause on 2/26/2020
  _____

And the debtor having failed to resolve or otherwise satisfy the Order(s) to Show Cause,

IT IS ORDERED that this case is dismissed and any discharge entered in this case is vacated. All outstanding fees due to the Court must be paid within seven (7) days of the date of this Order.

*rev.10/5/17*

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 20-11050-SLM
Carlos A Paredes　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　　Page 1 of 1　　　　　Date Rcvd: Mar 02, 2020
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2020.
db　　　　　　+Carlos A Paredes,    193 New Bridge Road,    Bergenfield, NJ 07621-4123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:
　　　　　Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of Morgan Stanley ABS Capital I Inc. Trust Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　Marie-Ann  Greenberg    magecf@magtrustee.com
　　　　　U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3